| UNITED STATES DISTRICT COURT | EASTERN DISTRICT OF TEXAS |
|---|---|

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| *versus* | § | CASE NO. 1:14-CR-13 |
| | § | |
| GARY ALBERT LASKOSKIE | § | |

## ORDER ADOPTING REPORT AND RECOMMENDATION
## OF UNITED STATES MAGISTRATE JUDGE

Before the court is a report and recommendation of the United States magistrate judge regarding defendant's competency for trial. The parties have not filed objections to the report.

Having conducted an independent review, the court concludes that the defendant is competent to stand trial because he is able to understand the nature and consequences of the proceedings against him, and able to assist his attorney in his defense. It is therefore

**ORDERED** the report and recommendation of the United States magistrate judge on defendant's competency to stand trial is **ADOPTED**. It is the finding of the court that the Defendant, Gary Albert Laskoskie, is competent.

SIGNED at Beaumont, Texas, this 6th day of June, 2014.

_____
MARCIA A. CRONE
UNITED STATES DISTRICT JUDGE